IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DR. RAYMUNDO G. MATAR,<br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL PERSONAL<br>INSURANCE COMPANY,<br>    Defendant. | Civil Action No. 7:23-cv-00128 |

**O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to Liberty Mutual Personal Insurance Company, with each party to bear their own costs.

SIGNED this 30th day of May, 2024.

_Randy Crane_
Randy Crane
Chief United States District Judge